UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EARL PUTNEY,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN ROBERT FOX, et al.,<br><br>Defendants. | Case No. 17-cv-02479 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a California state inmate at California Medical Facility located in Vacaville, California, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison officials at California Medical Facility.[1]  California Medical Facility is located in Solano County, which is located in the Eastern District of California. *See* 28 U.S.C. § 84(b).  Venue therefore is proper in the Eastern District of California, and not in this one.  *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of

---

[1] Plaintiff has consented to magistrate judge jurisdiction.  Dkt. No. 5.

Case No. 17-cv-02479  NC (PR)
ORDER OF TRANSFER
1

California.  The Clerk of the Court is directed to transfer the case forthwith.

    IT IS SO ORDERED.

DATED: July 18, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-02479  NC (PR)
ORDER OF TRANSFER

2