UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS EARL PUTNEY,

    Plaintiff,

  v.

ROBERT FOX, et al.,

    Defendants.

No. 2:17-cv-1507 WBS DB P

ORDER

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. In an order filed January 25, 2018, the court ordered plaintiff to file a first amended complaint within thirty days. (ECF No. 22.) On February 20, 2018, plaintiff filed a notice that he has been transferred to the California Health Care Facility ("CHCF") and a request for, among other things, an extension of time to file the first amended complaint. (ECF No. 24.) In his filing, plaintiff states that he does not currently have access to his legal materials. Plaintiff has shown good cause for an extension of time and, perhaps, for a stay of these proceedings until he regains access to his legal documents.

In order to determine the best course for this case, the court requires additional information. Accordingly, IT IS HEREBY ORDERED as follows:

    1. The Office of the California Attorney General is instructed to:

////

1

1         a. Contact the CHCF Litigation Coordinator to determine what, if any, access plaintiff currently has to his legal materials; whether plaintiff will be provided his legal materials while he is incarcerated at CHCF; and whether his incarceration there is intended to be temporary.

        b. Within twenty days after the filing date of this order, file and serve a statement reflecting the findings of such inquiry, including all appropriate declarations.

2. The Clerk of the Court is directed to serve a copy of this order on Ms. Monica Anderson, Supervising Deputy Attorney General.

Dated: February 27, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/putn1507.ag rpt